IN THE CIRCUIT COURT OF THE THE SIXTH JUDICIAL CIRCUIT JUDICIAL CIRCUIT
IN AND FOR PASCO COUNTY, FLORIDA
CIVIL DIVISION

BRIAN SEYMOUR,

Plaintiff,

vs. Case No.: 2025CA003465CAAXES

COSTCO WHOLESALE CORPORATION
a foreign Profit Corporation,

Defendant.
_______________________________/

**SUMMONS**

THE STATE OF FLORIDA
To each Sheriff of Said State:

**YOU ARE COMMANDED** to serve this Summons and the Complaint in the above case upon the Defendant:

**COSTCO WHOLESALE CORPORATION**
**C/O Registered Agent**
**CT Corporation System**
**1200 South Pine Island Road**
**Plantation, Florida 33324**

Each defendant is required to serve written defenses to the complaint or petition on Plaintiff's attorney, whose name and address are as follows:

**STEPHEN H. HASKINS, Esquire**
**Lucas, Macyszyn & Dyer Law Firm, PLLC**
**9020 Rancho Del Rio Drive**
**Suite 101**
**New Port Richey, Florida 34655**
service@lmdlawfirm.com
christina@lmdlawfirm.com

Within 20 days after service of this summons on the Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If the Defendant fails to do so, a Default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

**WITNESS** my hand and the seal of this Court on ________ November 3, 2025 ____.

Clerk of the Court

Nikki Alvarez-Sowles
Pasco County Clerk & Comptroller
2025CA003465CAAXES 11-03-2025 09:19 AM
Deputy Clerk: Kristin Sager

Filing # 234817385 E-Filed 10/30/2025 02:31:19 PM

**FORM 1.997. CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

---

**I. CASE STYLE**

IN THE CIRCUIT/COUNTY COURT OF THE SIXTH JUDICIAL CIRCUIT,
IN AND FOR PASCO COUNTY, FLORIDA

BRIAN SEYMOUR
Plaintiff

Case # ____________
Judge ____________

vs.
COSTCO WHOLESALE CORPORATION
Defendant

---

**II. AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐ $8,000 or less
☐ $8,001 - $30,000
☐ $30,001- $50,000
☐ $50,001- $75,000
☐ $75,001 - $100,000
☒ over $100,000.00

**III. TYPE OF CASE** (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☒ Negligence—other
  ☐ Business governance
  ☐ Business torts
  ☐ Environmental/Toxic tort
  ☐ Third party indemnification
  ☐ Construction defect
  ☐ Mass tort
  ☐ Negligent security
  ☐ Nursing home negligence
  ☒ Premises liability—commercial
  ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
  ☐ Commercial foreclosure
  ☐ Homestead residential foreclosure
  ☐ Non-homestead residential foreclosure
  ☐ Other real property actions

☐ Professional malpractice
  ☐ Malpractice—business
  ☐ Malpractice—medical
  ☐ Malpractice—other professional
☐ Other
  ☐ Antitrust/Trade regulation
  ☐ Business transactions
  ☐ Constitutional challenge—statute or ordinance
  ☐ Constitutional challenge—proposed amendment
  ☐ Corporate trusts
  ☐ Discrimination—employment or other
  ☐ Insurance claims
  ☐ Intellectual property
  ☐ Libel/Slander
  ☐ Shareholder derivative action
  ☐ Securities litigation
  ☐ Trade secrets
  ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
 ☐ Residential Evictions
 ☐ Non-residential Evictions
☐ Other civil (non-monetary)

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order. Yes ☐ No ☒

**IV. REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V. NUMBER OF CAUSES OF ACTION:** [ ]
(Specify)

1

**VI. IS THIS CASE A CLASS ACTION LAWSUIT?**
☐ yes
☒ no

**VII. HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒ no
☐ yes If "yes," list all related cases by name, case number, and court.

**VIII. IS JURY TRIAL DEMANDED IN COMPLAINT?**
☒ yes
☐ no

**IX. DOES THIS CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**
☐ yes
☒ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ Stephen Haskins Fla. Bar # 299790
Attorney or party (Bar # if attorney)

Stephen Haskins 10/30/2025
(type or print name) Date